PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hollman Parra  Cr.: 03-00602-001

Name of Sentencing Judicial Officer: Honorable Jose L. Linares, U.S.D.J.

Date of Original Sentence: 11/26/03

Original Offense: Products/Traffics in Counterfeit Device

Original Sentence: 18 Months Incarceration, 36 Months Supervised Release. Special Conditions: Restitution $13,175.51, Financial Disclosure, No New Credit, Gambling Counseling.

Type of Supervision: TSR  Date Supervision Commenced: 03/09/08

Assistant U.S. Attorney: Anthony Moscato  Defense Attorney: Federal Public Defender

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On May 2, 2006, the offender was arrested by the Paramus Police Department and charged with Aggravated Assault on a Police Officer, Eluding, Possession of Cocaine, Possession of Cocaine with Intent to Distribute, Resisting Arrest, Reckless Driving, Possession of CDS in a Motor Vehicle.

On May 2, 2006, the Paramus Police Department received information regarding a drug deal involving the offender and a confidential informant. Upon arriving at the scene, the offender parked his vehicle and then quickly exited the parking lot suspecting that he would be arrested. The officers then pursued the offender at a high rate of speed on a major highway at which time the offender was throwing items which are believed to have been cocaine, out of the driver's side window. The offender proceeded to get off of the highway and was eventually caught by the officers at which time he struck the officers and resisted arrest. It should be noted that the offender admitted to the detective that he did go there with the purpose of selling cocaine.

On May 2, 2006, the offender was found to be in possession of cocaine by the Paramus Police Department.

4. The offender has violated the supervision condition which states '**You shall...submit a truthful and complete written report within the first five days of each month**'

Since April of 2006, the offender has failed to submit his monthly supervision report.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jessica M. Alberts
U.S. Probation Officer
Date: 06/07/06

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing:_____.
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

6-19-06
Date