PROB 12C
(7/93)

# United States District Court

for

# District of New Jersey

# Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Hollman Parra      **Docket Number:** 03-00602-001
     **PACTS Number:** 33630

**Name of Sentencing Judicial Officer:** The Honorable Jose L. Linares, U.S.D.J.

**Date of Original Sentence:** 11/26/03
**Date of Violation of Supervised Release Sentence:** 06/13/2007

**Original Offense:** Credit Card Fraud
**Violation of Supervised Release:** Commit Another Crime

**Original Sentence:** 18 months imprisonment; 3 years supervised release; drug testing/treatment; full financial disclosure; no gambling; no new debt; and restitution in the amount of $12,309.71
**Violation of Supervised Release Sentence:** 18 months imprisonment; 18 months supervised release; drug testing/treatment; full financial disclosure; no new debt; restitution in the amount of $12,309.71; and DNA collection.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 08/23/07

**Assistant U.S. Attorney:** Anthony Moscato, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Miles Feinstein - Retained, 1135 Clifton Avenue, Suite 202, Clifton, New Jersey 07013, (973) 779-1124

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On June 17, 2008, the offender was arrested by the Passaic County Prosecutor's Office and charged with Attempt to Commit Robbery, Attempt to Commit Burglary and Resisting Arrest by Flight. |

PROB 12C - Page 2
Holiman Parra

The Passaic County Prosecutor's Office were conducting surveillance of 93 Maryland Avenue, Paterson, New Jersey for unrelated criminal activity. While conducting surveillance, they observed the offender park in front of the residence, exit the vehicle and knock on the front door. With no answer, the offender walked around the property, attempting to look through the windows. He then walked on the right side of the house to the backyard, out of view of the surveillance team. After a few minutes, he re-appeared on the left side of the house, jumped the fence, entered his vehicle and departed the area. After he departed, the owner of the residence opened the shades to the front door and was looking up and down the street.

Moments later, the offender returned with another male, identified as Raul Delacruz. They were walking and together they approached 93 Maryland Avenue. They walked to the right side of the residence and were attempting to look inside the windows. A few seconds later, the owner of the residence was observed running out the front door carrying a knife and started to chase the offender and Delacruz.

The surveillance team ended it surveillance and began pursuit of the individuals. Delacruz was apprehended and the offender proceeded to run through several backyards and was arrested on Alabama Avenue as he tried to enter his girlfriend's vehicle.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 9/22/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 10/20/08 @ 11 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

9-30-08
Date