**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

June 1, 2009

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Jose L. Linares
United States District Judge
Martin Luther King, Jr., Federal Building and Courthouse
Post Office Box 0999
Newark, New Jersey 07102-0999

        RE:    PARRA, HOLLMAN
        DKT #: 03cr00602-001
        <u>Request to Withdraw the Petition</u>
        <u>for Violation of Supervised Release</u>

Dear Judge Linares:

On November 26, 2003, Hollman Parra was sentenced to 18 months imprisonment followed by a three year term of supervised release for the offense of Produces/Traffics in Counterfeit Device. Parra was ordered to pay $13,175.51 in restitution and a $100 special assessment. The following special conditions were ordered: full financial disclosure; no new debt; gambling treatment; and substance abuse testing/treatment.

On June 13, 2007, the above-referenced appeared before Your Honor and was found in violation of the conditions of supervised release, specifically, committing a new crime. He was sentenced to 18 months imprisonment, followed by an eighteen (18) month term of supervised release. The offender was ordered to pay $12,309.71 in restitution and abide by the following special conditions: Drug treatment; financial disclosure, no new debt, and cooperate in the collection of DNA.

The offender began his new term of supervised release on August 23, 2007. In a letter dated September 23, 2008, the probation office notified Your Honor of the offender's new arrest in Passaic County, New Jersey and requested a summons be issued so the offender could answer the alleged violation of supervised release. The matter was adjourned while awaiting the outcome of the new criminal conduct in New Jersey Superior Court - Passaic County. On June 1, 2009, the undersigned received a signed order from Judge Joseph A. Falcone, New Jersey Superior Court Judge for Passaic County, dismissing the Counts 4, 5, and 8, of Indictment 08-10-1424 against the offender. The order was dated May 29, 2009. As the violation allegation was based solely on the new criminal conduct, the probation office is withdrawing its allegation of a violation of supervised release. The offender terminated from supervision in February 22, 2009, having satisfied the remaining conditions of supervision. He does have a restitution balance of $11,079.71, which the United States Attorney's Office - Financial Litigation Unit will continue to monitor the payment of restitution.

The Honorable Jose L. Linares
Page 2
June 1, 2009

    Based on this information, we are withdrawing our petition alleging the violation of supervised release. If Your Honor requests an alternative action, please advise. We will make ourselves available should Your Honor wish to discuss this matter. You may contact the undersigned at the telephone number listed above.

                                   Respectfully submitted,

                                   CHRISTOPHER MALONEY, Chief
                                   U.S. Probation Officer

                                   By: Patrick T. Hattersley,
                                   U.S. Probation Officer

Enclosure(s)

SO ORDERED: _____
DATED: _____ 6/5/09